## (March 9, 1960)

■ VICTOR LA MONTE, Individually and On Behalf of All Others Similarly Situated, Respondent, v. JOE SMITH, as Treasurer of American Guild of Variety Artists, et al., Appellants.— Order appealed from unanimously modified, in the exercise of discretion, as hereinafter provided, without costs. In this action to set aside the election of officers and directors of a union, plaintiff sought an examination before trial in an attempt to establish irregularities in the distribution of ballots. Judicial policy favors permitting parties upon a proper showing to obtain information necessary and relevant to the conduct of their cases. However, even where there is no legal privilege against disclosure, certain types of information, confidential in nature, or subject to abuses if widely divulged, should be accorded judicial safeguards whenever possible (*Meyer Bros.* v. *Higgins,* 232 App. Div. 783; *N. D. Q. Specialty Corp.* v. *Cypress Novelty Corp.,* 250 App. Div. 881; *Haffenberg* v. *Wendling,* 271 App. Div. 1057). The court, therefore, will modify the order granting the examination insofar as it requires production of union membership lists and related material to the extent of designating auditors to examine the union records and transmit to the plaintiff any information disclosed as to irregularities in the distribution of ballots. The expense of the auditors will be borne initially by the union and may be taxable as costs. Settle order. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ 1368 REALTY, INC. v. MOHAWK KNITTING MILLS, INC., et al.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated February 24, 1960, is vacated. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ SHERMAN S. KELLBERG et al., v. PAUL GREGORY et al.— Motion granted insofar as to adjourn the argument of the appeal to March 29, 1960, said appeal to be argued or submitted on that day. The time of the respondents to serve and file respondents' points is extended up to and including March 23, 1960. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## (March 10, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK v. BERNHARDT PEGUESE.— Motion to appeal as a poor person denied in all respects. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN PULKO.— Motion to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEROY BURTON.— Motion to appeal as a poor person denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY JOHNSON AND CHARLES WOODSON.— Motion for adjournment granted insofar as to adjourn the argument of the appeals to the April 1960 Term of this court, and the respondent's time to serve and file respondent's points is enlarged to and including the 21st day of March, 1960. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HARRIS.— Motion to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.